UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| Encore Wire Corporation<br><br>        Plaintiff,<br><br>v.<br><br>Copperweld Bimetallics, LLC<br><br>        Defendant. | CIVIL ACTION NO. 4:22-cv-00232-SDJ |

## MEDIATOR'S REPORT

A mediation conference was held on April 19, 2023. The conference resulted in a full settlement. All parties and counsel were present.

Note from Mediator (if any): The parties are drafting formal settlement documents and expect to file dismissal pleadings with the Court shortly.

SIGNED this 21st day of April, 2023.

*s/ Christopher Nolland*
Christopher Nolland
Attorney-Mediator
1717 Main Street, Suite 5550
Dallas, Texas 75201-4639

This is to certify that on April 21, 2023, I caused the foregoing document to be served electronically by having my office transmit it to the Clerk of the Court using the ECF system.

*s/ Christopher Nolland*
Christopher Nolland