UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ENCORE WIRE CORPORATION | § | |
| | § | |
| v. | § | CIVIL NO. 4:22-CV-232-SDJ |
| | § | |
| COPPERWELD BIMETALLICS, LLC | § § | |

## ORDER OF DISMISSAL

On this day the Court considered Plaintiff and Counter-Defendant Encore Wire Corporation and Defendant and Counter-Plaintiff Copperweld Bimetallics, LLC's Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii). The Court hereby accepts the parties' Joint Stipulation of Dismissal.

It is therefore **ORDERED** that that this case is dismissed with prejudice in accordance with the Joint Stipulation of Dismissal, (Dkt. #95). The parties shall bear their own costs.

It is further **ORDERED** that all relief not previously granted and all motions not previously ruled on are hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**So ORDERED and SIGNED this 1st day of June, 2023.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE